

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

The reporter's record was originally due March 10, 2022, but it was not filed.  On March 10, 2022, the court reporter filed a notification of late record, stating the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** appellant provide written proof to this court showing either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by March 24, 2022**.  If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court